UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN SCARPA, | |
| Plaintiff, | 3:11-cv-0269-LRH-VPC |
| v. | |
| | ORDER |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; et al., | |
| Defendants. | |

Before the court is defendant Travelers Property Casualty Company of America's ("Travelers") motion to dismiss. Doc. #11.[1]

The parties to this action have filed a joint status report in which they state that they are still working towards mediation and settlement in this action. Doc. #43. Based on the parties' desire to continue working towards resolution in this matter, and their wish to postpone briefing and an order on the present motion to dismiss, the court shall deny the motion to dismiss without prejudice and grant defendant Travelers leave to file a renewed motion if mediation is unsuccessful.

///

///

///

---

[1] Refers to the court's docket number.

1   IT IS THEREFORE ORDERED that defendant's motion to dismiss (Doc. #11) is DENIED
2 without prejudice.
3   IT IS FURTHER ORDERED that the parties shall file a further status report in thirty (30)
4 days of the entry of this order if this matter is not otherwise resolved.
5   IT IS SO ORDERED.
6   DATED this 15th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2