UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MOUNTAIN AIR ENTERPRISES, LLC, ) ) Plaintiff, ) ) v. ) ) TRAVELERS PROPERTY CASUALTY ) COMPANY OF AMERICA; et al., ) ) Defendants. ) | 3:11-cv-0269-LRH-VPC ORDER |

Before the court is defendant Travelers Property Casualty Company of America's ("Travelers") motion to stay the deposition of in-house counsel Joseph Salko ("Salko") pending an order from the court on its objections to the Magistrate Judge's order allowing the deposition of Salko to proceed in limited fashion (Doc. #77[1]). Doc. #78.

The court has reviewed the documents and pleadings on file in this matter and finds that there is good cause to stay the pending deposition of in-house counsel Salko until the court issues an order on Travelers' objections to the Magistrate Judge's order (Doc. #77). Accordingly, the court shall grant Travelers' motion.

///

///

---

[1] Refers to the court's docket entry number.

1   IT IS THEREFORE ORDERED that the deposition of Joseph Salko is STAYED pending
2 an order from the court on defendant's objections to the Magistrate Judge's order (Doc. #77).
3   IT IS SO ORDERED.
4   DATED this 13th day of June 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2